FILED
CLERK, U.S. DISTRICT COURT
July 31, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY and MID-CENTURY INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:20-cv-05483-SB (JDEx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Stanley Blumenfeld, Jr. |

1

## ORDER GRANTING STIPULATION OF DISMISSAL

The Court, upon the presentation of the Stipulation of Dismissal without Prejudice filed by Plaintiff Nautilus Insurance Company, **ORDERS** that the matter is hereby **DISMISSED without prejudice**, with each party bearing responsibility for its own fees and costs.

**IT IS SO ORDERED**.

Dated:  July 31, 2021

_____
Hon. Stanley Blumenfeld, Jr
United States District Judge